# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. DYMITRI HARASZEWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>KNIPP, et al.,<br><br>    Defendants. | No.  2:13-cv-2494 AC (TEMP) P<br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed December 16, 2015, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On January 15, 2016, plaintiff submitted the USM-285 forms but failed to file the copies of the amended complaint filed November 12, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff a copy of the amended complaint filed November 12, 2015.

/////

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the copies of the amended complaint required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: January 25, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE