UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. DYMITRI HARASZEWSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>KNIPP, et al.,<br><br>  Defendants. | No. 2:13-cv-2494 JAM DB P<br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants retaliated against him, interfered with his mail, placed him in segregation as a punitive measure, and deprived him of his property. On June 18, 2018, defendants filed a motion to dismiss. In the court's order filed April 2, 2018, the parties were instructed that oppositions to such a motion "shall be briefed pursuant to L.R. 230(l)." (ECF No. 54 at 3.) Local Rule 230(l) requires an opposition to be filed twenty-one days after service of the motion. The parties were warned that "[f]ailure to timely oppose such a motion may be deemed a waiver of opposition to the motion." (Id.)

More than twenty-one days have passed since defendants served their motion on plaintiff. (See Proof of Service (ECF No. 58-2).) Plaintiff has filed no documents in this action since that time.

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty (20) days of the date of this order, plaintiff shall show cause why this case should not be dismissed for his failure to file an opposition to defendants' motion to dismiss.

Dated: July 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hara2494.osc