1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    H. DYMITRI HARASZEWSKI,                    Case No. 2:13-cv-02494 JAM DB (PC)
12
                                Plaintiff,     ORDER MODIFYING DISCOVERY AND
13                                             SCHEDULING ORDER
                    v.
14
15  KNIPP, et al.,

16                              Defendants.

17

18          The court has reviewed defendants' Motion to Modify the Discovery and Scheduling Order.

19  The court finds that defendants have demonstrated good cause to extend the deadline to file and

20  serve dispositive motions.  The court therefore GRANTS Defendants' Motion to Modify the

21  Discovery and Scheduling Order (ECF No. 104).  The March 20, 2020 date to file dispositive

22  motions is continued to April 20, 2020.  The remaining provisions of the court's August 20, 2019

23  Discovery and Scheduling Order shall remain in effect.

24          IT IS SO ORDERED.

25  DATE:  March 9, 2020

26
                                               /s/  DEBORAH BARNES
27                                             UNITED STATES MAGISTRATE JUDGE

28
    DLB:9/DB/prisoner-civil rights/hara2494.dso eot2