UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. DYMITRI HARASZEWSKI, | No. 2:13-cv-2494 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| KNIPP, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Defendants have filed a motion to extend the deadline for filing dispositive motions. Good cause appearing, defendants' motion will be granted. The court notes that plaintiff has two pending motions: a motion to amend the third amended complaint and a motion to compel. Defendants have filed oppositions to both motions. In a document filed on May 11, 2020, plaintiff informed the court that he intends to file replies to those oppositions. The court considers plaintiff's filing to be a request for an extension of time to file those reply briefs. Good cause appearing, that request will be granted as well.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants have withdrawn their April 24, 2020 motion to modify the scheduling order, therefore that motion (ECF No. 114) shall be stricken from the record.

////

1

     2. Defendants' May 27, 2020 motion to modify the scheduling order (ECF No. 118) is granted. Pretrial motions shall be filed by June 29, 2020.

     3. No later than July 15, 2020, plaintiff shall file any reply briefs to defendants' oppositions to plaintiff's motion to amend and motion to compel.

Dated: June 19, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hara2494.dso eot3