IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. DYMITRI HARASZEWSKI,<br><br>                              Plaintiff,<br><br>        v.<br><br>KNIPP, et al.,<br><br>                              Defendants. | Case No. 2:13-cv-02494 JAM DB P<br><br>ORDER ON MOTION TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Good cause appearing, IT IS HEREBY ORDERED that defendants' June 30, 2020 request to file under seal Exhibits C, K, and M of defendant Dowdy's declaration; Exhibit A of K. Bolton's declaration; and Exhibits A through D of Lieutenant Jimenez's declaration in support of defendants' Motion for Summary Judgment is granted.

Dated:  August 11, 2020

DLB:9/DB/prisoner-civil rights/hara2494.msj exs seal

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE