1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    H. DYMITRI HARASZEWSKI,                 No.  2:13-cv-2494 JAM DB P

12                    Plaintiff,

13         v.                                 ORDER

14    KNIPP, et al.,

15                    Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On August 12, 2020, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within thirty days.  Plaintiff was then granted

23    two extensions of time to file objections.  Objections were due no later than November 10, 2020.

24    Neither party has filed objections to the findings and recommendations.

25         The court has reviewed the file and finds the findings and recommendations to be

26    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27    ORDERED that:

28    ////

                                        1

1    1.  The findings and recommendations filed August 12, 2020, are adopted in full;

2    2.  Plaintiff's motion to amend the third amended complaint (ECF No. 109) is denied.

DATED:  November 20, 2020         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE