UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. DYMITRI HARASZEWSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>KNIPP, et al.,<br><br>  Defendants. | No. 2:13-cv-2494 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On June 29, 2020, defendants filed a motion for summary judgment. This court granted plaintiff an extension of time to file an opposition until after his motion to amend the third amended complaint had been resolved. (See Order filed Oct. 28, 2020 (ECF No. 142).) On November 23, 2020, Judge Mendez denied plaintiff's motion to amend. (ECF No. 148.)

Accordingly, IT IS HEREBY ORDERED that within sixty days of the filed date of this order, plaintiff shall file an opposition to defendants' motion for summary judgment.

Dated: December 1, 2020

DLB:9/DB/prisoner-civil rights/hara2494.msj oppo

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1