UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. DYMITRI HARASZEWSKI, | No.  2:13-cv-2494 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| KNIPP, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se.  On June 29, 2020, defendants filed a motion for summary judgment.  On December 2, 2020, this court gave plaintiff a deadline of January 31, 2021 to file his opposition to the motion.  In a notice filed December 28, 2020, plaintiff informed the court that he had contracted the COVID-19 virus, had been moved to an isolation area, and did not then have possession of his legal materials.  (ECF No. 150.)  Plaintiff expected that he would not remain in the isolated section of the prison long.

    Because plaintiff has not filed a timely opposition to the summary judgment motion or any further status updates, IT IS HEREBY ORDERED that within twenty days of the filed date of

////

////

////

////

1

this order, plaintiff shall file either an opposition to the motion for summary judgment or a statement informing the court why he is unable to do so.

Dated: February 17, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hara2494.msj oppo inq