1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    H. DYMITRI HARASZEWSKI,                No.  2:13-cv-2494 JAM DB P

12              Plaintiff,

13         v.                                FINDINGS AND RECOMMENDATIONS

14    KNIPP, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C.

18    §1983.  Plaintiff alleges interference with his mail, deprivation of his personal property,

19    placement in administrative segregation without due process, and retaliation.  On June 29, 2020,

20    over 11 month ago, defendants filed a motion for summary judgment.  Despite numerous

21    extensions of time, as described in this court's April 16, 2021 order, plaintiff has failed to file an

22    opposition to that motion.

23         In the April 16 order, this court gave plaintiff one, final extension of time to file his

24    opposition to the summary judgment motion.  Plaintiff was warned that this court would grant no

25    further extensions of time for that purpose.  Plaintiff was further warned that if he failed to file an

26    opposition to the summary judgment within 30 days, this court would recommend this action be

27    dismissed.  Those 30 days have passed and plaintiff has not filed an opposition to the summary

28    judgment motion.

1  For these reasons, IT IS HEREBY RECOMMENDED that this action be dismissed for

2  plaintiff's failure to prosecute and failure to comply with court orders.  See E.D. Cal. R. 110; Fed.

3  R. Civ. P. 41.

4  These findings and recommendations will be submitted to the United States District Judge

5  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after

6  being served with these findings and recommendations, either party may file written objections

7  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

8  and Recommendations."  The parties are advised that failure to file objections within the specified

9  time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951

10  F.2d 1153 (9th Cir. 1991).

11  Dated:  June 1, 2021

14  DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

18  DLB:9
    DB prisoner inbox/civil rights/R/hara2494.fr

2