UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. DYMITRI HARASZEWSKI,<br><br>             Plaintiff,<br><br>      v.<br><br>KNIPP, et al.,<br><br>             Defendants. | No.  2:13-cv-2494 JAM DB P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On June 1, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Plaintiff has filed objections to the findings and recommendations.

   Plaintiff objects to the magistrate judge's recommendation that this action be dismissed for his failure to prosecute.  That recommendation is based on plaintiff's failure to file an opposition to defendants' summary judgment motion, which defendants filed on June 29, 2020. The court recognizes that plaintiff has spent many years pursuing this action and has encountered obstacles in preparing an opposition to defendants' motion for summary judgment.  That said, as

set out by the magistrate judge in her April 14, 2021 order, plaintiff has had far more than ample time to file an opposition.  Moreover, during the year since defendants filed their motion, plaintiff has failed to demonstrate or even state that he has made any progress on an opposition to defendants' motion.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 1, 2021, are adopted in full; and

2. This action is dismissed for plaintiff's failure to prosecute and failure to comply with court orders.

Dated:  July 29, 2021                             /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE